FILED
CLERK, U.S. DISTRICT COURT

5/13/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>KEVIN SCOTT HORTON,<br><br>　　　　Defendant. | ED CR NO. 22-276-MCS<br><br>VERDICT FORM FOR DEFENDANT KEVIN SCOTT HORTON |

## COUNT ONE — MAIL FRAUD

RESPONSE 1: We, the Jury, unanimously find the defendant KEVIN SCOTT HORTON *(check one)*:

    ✓    GUILTY

    ___    NOT GUILTY

of Count One of the Indictment

*(Please proceed to Count Two.)*

1

## COUNT TWO — MAIL FRAUD

RESPONSE 1: We, the Jury, unanimously find the defendant KEVIN SCOTT HORTON *(check one)*:

　　　✓　　GUILTY

　　＿＿＿　NOT GUILTY

of Count Two of the Indictment

*(Please proceed to Count Three.)*

## COUNT THREE — MAIL FRAUD

RESPONSE 1: We, the Jury, unanimously find the defendant KEVIN SCOTT HORTON *(check one)*:

    ✓    GUILTY

    ____    NOT GUILTY

of Count Three of the Indictment

*(Please proceed to Count Four.)*

**COUNT FOUR — MAIL FRAUD**

RESPONSE 1: We, the Jury, unanimously find the defendant KEVIN SCOTT HORTON *(check one)*:

    __✓__    GUILTY

    _____    NOT GUILTY

of Count Four of the Indictment

*(Please proceed to Count Five.)*

## COUNT FIVE — MAIL FRAUD

RESPONSE 1: We, the Jury, unanimously find the defendant KEVIN SCOTT HORTON (check one):

    ✓    GUILTY

    ____    NOT GUILTY

of Count Five of the Indictment

(Please proceed to Count Six.)

**COUNT SIX — MAIL FRAUD**

RESPONSE 1: We, the Jury, unanimously find the defendant KEVIN SCOTT HORTON *(check one)*:

    ✓    GUILTY

    ____    NOT GUILTY

of Count Six of the Indictment

*(Please proceed to Count Seven.)*

**COUNT SEVEN — MAIL FRAUD**

RESPONSE 1: We, the Jury, unanimously find the defendant KEVIN SCOTT HORTON (check one):

    ✓    GUILTY

    ___    NOT GUILTY

of Count Seven of the Indictment

Dated: ~~April~~ May 13, 2024, at Los Angeles, California.

**REDACTED**
FOREPERSON OF THE JURY